IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE DELLOYE, | No. 4:18-CV-01307 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| REVOLUTIONARY ARMED FORCES OF COLOMBIA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 4th day of January 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff Lawrence Delloye's amended motion for a default judgment (Doc. 53) is **GRANTED**.

2. Default judgment is entered against each of the following Defendants jointly:

    a. Revolutionary Armed Forces of Colombia, *a/k/a Fuerzas Revolucionarias de Colombia, a/k/a FARC.*

    b. Jorge Enrique Rodriguez Mendieta, *a/k/a "Ivan Vargas"*

    c. Yarlei Banol-Ramos, *a/k/a "Diana"*

    d. Josue Cuesta Leon, *a/k/a "El Viejo"*

    e. Nayibe Rojas Valderama, *a/k/a "Sonia"*

    f. Jose Antonio Celis, *a/k/a "Calvo"*

      g.      Juan Diego Giraldo, *a/k/a "Flaco"*

      h.      Jose Fernando Romero Mejia, *a/k/a "El Morocho"*

      i.      Luciano Marín, *a/k/a "Iván Márquez"*

      j.      Noe Suarez Rojas, *a/k/a "German Briceno Suarez," a/k/a "Grannobles"*

      k.      Henry Castellanos Garzon, *a/k/a "Romana"*

      l.      Martin Cuero

      m.      Heli Mejia Mendoza, *a/k/a "Martin Sombra"*

      n.      Walter Tapiero, *a/k/a Commander Romel*.

3. Pursuant to 18 U.S.C. §2333, the above-named Defendants shall pay Delloye treble damages of $36 million ($36,000,000 USD).

4. The above-named Defendants shall also pay reasonable attorneys' fees and costs in an amount to be determined by this Court upon review and receipt of Plaintiff's Counsel's certification of services.

5. Plaintiff's Counsel shall submit a certification of services within fourteen (14) days of the entry of this Order.

                                      BY THE COURT:

                                      *s/ Matthew W. Brann*
                                      Matthew W. Brann
                                      Chief United States District Judge