IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAWRENCE DELLOYE, | No. 4:18-CV-01307 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| REVOLUTIONARY ARMED FORCES OF COLOMBIA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 23rd day of February 2022, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Lawrence Delloye's bill of costs (Doc. 59) is **APPROVED**.

2. Delloye's attorneys' affidavits of legal services (Docs. 60, 61) are **APPROVED**.

3. Zajac & Arias, LLC, is awarded reasonable attorney's fees in the amount of **$10,850** and reasonable litigation costs in the amount of **$450**.

4. Scarinci & Hollenbeck, LLC, is awarded reasonable attorney's fees in the amount of **$189,725.78** and reasonable litigation costs in the amount of **$3,277.52.**

5. Delloye's request for entry of Final Judgment (Doc. 62) is **GRANTED**.

6. Final Judgment is entered in favor of Lawrence Delloye and against the following Defendants:

      a.      Revolutionary Armed Forces of Colombia, *a/k/a Fuerzas Revolucionarias de Colombia, a/k/a FARC*

      b.      Jorge Enrique Rodriguez Mendieta, *a/k/a "Ivan Vargas"*

      c.      Yarlei Banol-Ramos, *a/k/a "Diana"*

      d.      Josue Cuesta Leon, *a/k/a "El Viejo"*

      e.      Nayibe Rojas Valderama, *a/k/a "Sonia"*

      f.      Jose Antonio Celis, *a/k/a "Calvo"*

      g.      Juan Diego Giraldo, *a/k/a "Flaco"*

      h.      Jose Fernando Romero Mejia, *a/k/a "El Morocho"*

      i.      Luciano Marín, *a/k/a "Iván Márquez"*

      j.      Noe Suarez Rojas, *a/k/a "German Briceno Suarez," a/k/a "Grannobles"*

      k.      Henry Castellanos Garzon, *a/k/a "Romana"*

      l.      Martin Cuero

      m.      Heli Mejia Mendoza, *a/k/a "Martin Sombra"*

      n.      Walter Tapiero, *a/k/a Commander Romel*.

7.      The Clerk of Court is directed to close the case file.

                                                                   BY THE COURT:

                                                                   *s/ Matthew W. Brann*
                                                                     Matthew W. Brann
                                                                     Chief United States District Judge