**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LAWRENCE DELLOYE | : | No. 4:18-CV-1307 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| vs. | : | |
| | : | |
| REVOLUTIONARY ARMED FORCES OF COLUMBIA, et al. | : | |
| | : | |
| Defendants. | : | |

# JUDGMENT IN A CIVIL ACTION

The Court has ordered that (check one):

\_\_\_ the plaintiff _____ recover from the defendant _____ the amount of $_____ dollars ($_____), which includes prejudgment interest at the rate of _____ percent, plus post judgment interest at the rate of _____ per annum, along with costs.

\_\_\_ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant _____ recovery costs from the plaintiff _____.

 **X**   OTHER: Final judgment is entered in favor of Lawrence Delloye and against the Defendants as listed on the 2/23/2022 Order of Court.

This action was:

\_\_\_\_ tried by a jury with Judge _____ presiding   and the jury has rendered a verdict.
\_\_\_\_ tried by Judge _____ without a jury and the above decision was reached.
 **X**   decided by Judge Matthew W. Brann pursuant to 2/23/2022 Memorandum Opinion and Order.

Dated: 2/23/2022            Peter Welsh, Clerk of Court
                            By: s/Lisa A. Gonsalves, deputy